# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 16, 2011

Lyle W. Cayce
Clerk

No. 10-20546
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RUBEN TORRES CASTILLO, also known as Ruben Torres, also known as
Ruben Zamora, also known as Juan Torres Garcia, also known as Juan Garcia,
also known as Ruben Torres-Castillo, also known as Ruben Dario Zamora-
Castillo,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:10-CR-119-1

Before HIGGINBOTHAM, CLEMENT, and ELROD, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Ruben Torres Castillo

has moved for leave to withdraw and has filed a brief in accordance with *Anders

v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th

Cir. 2011). Torres Castillo has not filed a response. We have reviewed counsel's

brief and the relevant portions of the record reflected therein. We concur with

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.    Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.    *See* 5TH CIR. R. 42.2.